IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN KUKLOK, | No. C -14-03480(EDL) |
| Plaintiff, | **SUA SPONTE ORDER OF REFERRAL** |
| v. | |
| STATE OF NORTH DAKOTA, et al., | |
| Defendants. | |

Pursuant to Local Rule 3-12(c), this matter is referred to the Honorable Nat Cousins for the purpose of considering whether it is related to the following case: <u>Kuklok v. North Dakota</u>, C-14-03450 NC.

**IT IS SO ORDERED.**

Dated: August 11, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRENDAN KUKLOK,

        Plaintiff,

  v.

STATE OF NORTH DAKOTA, et al.,

        Defendant.
                               /

Case Number: C-14-03480 (EDL)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2014, I SERVED a true and correct copy(ies) of the attached order, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brendan Kuklok
1770 Broadway, #408
Oakland, CA 94612

Dated: August 11, 2014

                                      Richard W. Wieking, Clerk

                                      By: /s/ Stephen Ybarra
                                           Deputy Clerk