1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

BRENDAN KUKLOK,

              Plaintiff,

      v.

THE STATE OF NORTH DAKOTA, and others,

              Defendants.

Case No. 14-cv-03450 NC

**ORDER SETTING DEADLINE FOR RESPONSE IN OPPOSITION TO OR SUPPORT OF RELATING CASES**

      The matter *Kuklok v. State of North Dakota, et al.*, No. 14-cv-03480 EDL, was referred to the undersigned under Civil Local Rule 3-12(c) to determine whether it is related to this case. Any response in opposition to or support of relating the cases must be filed by August 27, 2014.

      IT IS SO ORDERED.

      Date: August 13, 2014

                                  _____

                                  Nathanael M. Cousins
                                  United States Magistrate Judge