UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRENDAN KUKLOK,

    Plaintiff,

    v.

WORKFORCE SAFETY & INSURANCE,

    Defendant.

_____/

No. C 14-03450 PJH

**JUDGMENT**

    The court having dismissed the above-entitled action for lack of subject matter jurisdiction, lack of personal jurisdiction, and for being barred by the Eleventh Amendment

    It is Ordered and Adjudged

    that plaintiff Brendan Kuklok take nothing, and that the action be dismissed.

**IT IS SO ORDERED.**

Dated: December 9, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge